IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

MICHELE BROWN AND ANDREW MAIKOVICH

      Plaintiff,

v.

STATE OF COLORADO, COLORADO JUDICIAL BRANCH

      Defendant.

---

## NOTICE OF REMOVAL

      Defendant, the Colorado Judicial Branch, by and through its counsel, the Colorado Attorney General, submits this Notice of Removal. As grounds for removal, Defendant states as follows:

      The removing party is the defendant in an action recently brought in the State of Colorado, City and County of Denver, District Court, case number 2019CV554. In that action, Plaintiffs claims that Defendant discriminated and retaliated against them in violation of Title VII, 42 U.S.C. § 2000e, *et seq.* and the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.* (ADEA).  Plaintiffs' Complaint also asserts state law claims based on the same fact pattern, including those brought under the Colorado Anti-Discrimination Act, C.R.S. § 24-34-402, *et seq.* (CADA); C.R.S. § 13-90-107; and a common-law breach of contract claim.

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, which grants federal district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Because Plaintiffs' Title VII and ADEA claims present federal questions within this Court's original jurisdiction, the action may be removed to this Court pursuant to 28 U.S.C. § 1441(a). The Court further may assert its jurisdiction over the entire case, as the state law claims fall within this Court's supplemental jurisdiction. *See* 28 U.S.C. § 1367(a). The state law claims are based on the same operative series of facts, and particularly, the CADA claims assert the same legal theories of discrimination and retaliation based on age, race, and protected conduct.

A Complaint and a District Court Civil (CV) Case Cover Sheet was filed with the state court on October 31, 2019. Defendant agreed to waive service on November 14, 2019. This Notice of Removal, therefore, is filed with this Court within 30 days after receipt by Defendant of the Complaint in the state court action.

Copies of the District Court Civil Case Cover Sheet and Complaint are attached as Exhibits A and B. The state court issued a Pretrial Order and a Delay Reduction Order which are attached as Exhibits C and D. Also, pursuant to D.C.COLO.LCivR 81.1(b), a copy of the current docket sheet (register of actions) from the state court action is attached as Exhibit E.

No hearings in the above-entitled action have been set in the State of Colorado, City and County of Denver District Court. Undersigned counsel certifies that the foregoing information is correct and that she has complied with the requirements of Rule 81.1 of the Local Rules of Practice for the United States District Court for the District of Colorado.

WHEREFORE, Defendant requests that the action now pending in the State of Colorado, City and County of Denver District Court, case number 2019CV554, be removed to this Court and that this Court make and enter such further orders as may be necessary and proper.  Defendant affirmatively states that this Removal is not a waiver of its sovereign immunity from liability.

Respectfully submitted this 27th day of November, 2019.

PHILIP J. WEISER

Attorney General

*s/ Leslie C. Schulze*

ALISON F. KYLES*
Senior Assistant Attorney General
LESLIE C. SCHULZE*
Assistant Attorney General
Civil Litigation & Employment Section

Attorneys for Defendant

1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6589
(720) 508-6600
FAX: (720) 508-6032
Email: Alison.kyles@coag.gov
leslie.schulze@coag.gov
*Counsel of Record

<u>CERTIFICATE OF SERVICE</u>

I certify that, on November 27, 2019, I served the foregoing NOTICE OF

REMOVAL upon all the following parties by e-filing with the CM/ECF system maintained

by the court and by depositing copies in U.S. Mail, addressed to:

Michele Brown
Andrew Maikovich
8195 W. 18th Ave.
Lakewood, CO 80214

*s/ Sally Ott*